## Commonwealth *v.* Shaffer et al., Appellants.

Submitted September 13, 1971. *W. Peter Barnes,* Assistant Public Defender, for appellants; *Larry Elliott Jones,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.